Filed 6/27/13  P. v. Garcia CA3

<u>NOT</u> <u>TO</u> <u>BE</u> <u>PUBLISHED</u>

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Yolo)

----

| | |
|---|---|
| THE PEOPLE, | C072605 |
| Plaintiff and Respondent, | (Super. Ct. No. CRF123052) |
| v. | |
| JANET JOY GARCIA, | |
| Defendant and Appellant. | |

Appointed counsel for defendant Janet Joy Garcia has filed an opening brief that sets forth the facts of the case and asks this court to review the record and determine whether there are any arguable issues on appeal.  (*People v. Wende* (1979) 25 Cal.3d 436.)  Finding no arguable error that would result in a disposition more favorable to defendant, we affirm the judgment.

**BACKGROUND**

We provide the following brief description of the facts and procedural history of the case.  (See *People v. Kelly* (2006) 40 Cal.4th 106, 110, 124.)

1

On June 22, 2012, defendant entered the Burlington Coat Factory in Woodland and took a number of items without paying for them. Defendant has several previous theft convictions for which she served time in custody. She was charged with petty theft with prior theft convictions (Pen. Code, §§ 484, subd. (a), 488, 666, subd. (a)), and possession of paraphernalia (Health & Saf. Code, § 11364.1). It was further alleged defendant had two prior strike convictions. (Pen. Code, § 667, subds. (c), (e)(1).)

Pursuant to a negotiated plea agreement, defendant pled no contest to petty theft with prior theft convictions and admitted having sustained one prior strike. In exchange for her plea, it was agreed that the remainder of the complaint would be dismissed and she would be sentenced to a stipulated state prison term of 32 months.

The trial court sentenced defendant to the low term of 16 months, doubled for the strike, for a total of 32 months, in accordance with the plea agreement. The trial court also imposed various fines and fees, including a $240 restitution fine, and awarded defendant 57 days of presentence custody credit.

Defendant appeals. She did not obtain a certificate of probable cause. (Pen. Code, § 1237.5.)

## DISCUSSION

Counsel advised defendant of the right to file a supplemental brief within 30 days of the date of filing of the opening brief. More than 30 days have elapsed, and we have received no communication from defendant. Having undertaken an examination of the entire record, we find no arguable error that would result in a disposition more favorable to defendant.

## DISPOSITION

The judgment is affirmed.

                                                   DUARTE          , J.

We concur:

        MAURO          , Acting P. J.

        MURRAY        , J.